UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAO-MSO RECOVERY II, LLC a Delaware entity; MSP RECOVERY CLAIMS, SERIES LLC, a Delaware entity; MSPA CLAIMS 1, LLC, a Florida entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCURY GENERAL, a California company, its subsidiaries and affiliates,<br><br>Defendants. | CASE NO. 2:17-cv-02525-AB (AFMx)<br>CASE NO. 2:17-cv-02557-AB (AFMx)<br><br>*Judge Andre Birotte Jr.*<br><br>**[PROPOSED] JUDGMENT** |

## JUDGMENT

Pursuant to the Court's August 16, 2024 Order Granting in Part, Denying in Part Defendant's Motion for Costs, and Denying Request for Determination of Prevailing Party, (Case No. 2:17-cv-02525-AB (AFMx) Dkt. No. 449; Case No. 2:17-cv-02557-AB (AFMx) Dkt. No. 408), Judgment is entered in favor of Defendant Mercury General Corporation ("Mercury") as follows:

1. Mercury is **AWARDED** costs in the amount of $118,998.73, consisting of $95,542.13 in e-discovery storage costs and other document requests, $16,102.84 in costs related to Plaintiff's "data matching" discovery request,

$7,187.66 in filing fees and trial transcript costs, and $166.10 in undisputed costs related to copying.

2. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: _____
                                        Hon. André Birotte Jr.
                                        U.S. District Judge

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111